IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-0304-WJM-NRN

PEACE OFFICERS' ANNUITY AND BENEFIT FUND OF GEORGIA, individually and on behalf of all others similarly situated, and
JACKSONVILLE POLICE AND FIRE PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

DAVITA INC.,
KENT J. THIRY,
JAMES K. HILGER, and
JAVIER J. RODRIGUEZ,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Final Judgment is hereby entered.

Pursuant to the Fairness Hearing [ECF 114] held on March 30, 2021, Order Granting Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation [ECF 118] and Order Granting Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses [ECF 122] and incorporated herein by reference as if fully set forth, it is

ORDERED that the Joint Motion for Entry of Judgment Under Rule 58(d) [ECF 123] is granted. It is further

ORDERED that all claims in this action are hereby voluntarily dismissed with prejudice pursuant to the Stipulation and Agreement of Settlement [ECF 103-1]. It is further

ORDERED that the parties shall bear their own fees and costs with the exception of those provided for in the Stipulation and Agreement of Settlement [ECF 103-1] and Order Granting Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses [ECF 122].

This case will be closed.

DATED at Denver, Colorado this 9th day of August, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk